**Larry JACKSON, Movant–Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 42341.**

Missouri Court of Appeals,
Western District.

July 31, 1990.

Daniel C. Miller, Sp. Public Defender, Jacqueline K. McGreevy, Asst. Sp. Public Defender, Kansas City, for movant-appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before TURNAGE, P.J., and MANFORD and BERREY, JJ.

ORDER

PER CURIAM:

Direct appeal from dismissal of a Rule 29.15 motion for post-conviction relief.

Affirmed. Rule 84.16(b).

**James G. KAIN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 42441.**

Missouri Court of Appeals,
Western District.

July 31, 1990.

Daniel C. Miller, Sp. Public Defender, Gerald F. McGonagle, Asst. Sp. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before NUGENT, C.J., and FENNER and ULRICH, JJ.

ORDER

PER CURIAM:

Appeal from denial of Rule 29.15 motion for postconviction relief without an evidentiary hearing.

Affirmed. Rule 84.16(b).

**Tommie Eugene HORN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 43075.**

Missouri Court of Appeals,
Western District.

July 31, 1990.

Tommie Eugene Horn, Moberly, pro se.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, P.J., and MANFORD and BERREY, JJ.

ORDER

PER CURIAM.

Appeal from dismissal of Rule 29.15 motion for post-conviction relief.

Affirmed. Rule 84.16(b).